

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00264-CV

———————————————

CHANCE MILLER A/K/A CHANCE N MILLER, Appellant

V.

AMERICAN EXPRESS NATIONAL BANK, Appellee

On Appeal from the 67th District Court
Tarrant County, Texas
Trial Court No. 067-305067-18

Before Gabriel, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

On November 12, 2020, we notified Appellant that his brief had not been filed as required. *See* Tex. R. App. P. 38.6(a). We stated that we could dismiss the appeal for want of prosecution unless, within ten days, Appellant filed his brief along with an extension motion reasonably explaining the delay and the need for an extension. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b), 44.3. We have received no response.

Because Appellant has failed to file a brief after we afforded an opportunity to explain the initial failure, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Appellant must pay all costs of this appeal.

Per Curiam

Delivered: December 17, 2020